AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jimmie Ray Morrow (1)<br>Stephanie Primeaux (2)<br>Maxim McDermott (3)<br><br>*Defendant(s)* | Case No.  4:17MJ007 |

**FILED** JAN 12 2017 Clerk, U.S. District Court Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 6, 2016__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) and (d) | Armed Bank Robbery |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Robert A. Christian
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __01/12/2017  3:10pm__

_Judge's signature_

City and state: __Sherman, Texas__

Christine A. Nowak, U. S. Magistrate Judge
_Printed name and title_